## JOHNSON v. STATE.
### No. 25122.

Court of Criminal Appeals of Texas.

Jan. 31, 1951.

None on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

## ALVARADO v. STATE.
### No. 25022.

Court of Criminal Appeals of Texas.

Dec. 13, 1950.

Rehearing Denied Feb. 14, 1951.

GRAVES, Presiding Judge.

Appellant was convicted for a violation of the liquor law in Marion County and his punishment was assessed at a fine of $100.

The record is before us without a statement of facts or bills of exception, in the absence of which no question is presented for review.

The judgment of the trial court is affirmed.